1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12
13    KAREEM J. HOWELL,                          Case No.  1:18-cv-00422-LJO-SKO

14              Plaintiff,

15        v.                                     **ORDER STAYING ISSUANCE OF CIVIL CASE DOCUMENTS AND SUMMONS AND TRANSFERRING CASE TO SACRAMENTO DIVISION**

16

17    WILLIAM J. DOUGLAS,

18              Defendant.
      _____/

19

20        This case was filed on March 28, 2018, by Plaintiff Kareem J. Howell, a state prisoner then-

21    housed at CSP-Corcoran, proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. §

22    1983.[1]  The action was designated at case opening as a "prisoner conditions-of-confinement" case.

23    On April 3, 2018, the court issued an order striking the Complaint based on Plaintiff's failure to

24    sign the Complaint, with leave to file an amended complaint bearing his signature.  (Doc. 8.)  On

25    May 2, 2018, Plaintiff filed a First Amended Complaint bearing his signature.  (Doc. 10.)

26        On November 13, 2018, the previously-assigned magistrate judge found that the action based

27    on the First Amended Complaint was no longer a prisoner conditions-of-confinement case and

28

---

[1] Plaintiff was recently transferred back to CSP-Sacramento.  (*See* Docket.)

ordered the Clerk of Court to re-designate the action as a "regular civil case" (the "Re-designation Order"). (Doc. 11.) The Re-designation Order also directed the Clerk to "[r]andomly assign this case to another magistrate judge" and to "[i]ssue all applicable standing orders, scheduling orders, and process." (*Id.*) The case was thereafter re-designated and assigned to the undersigned.

Pursuant to 28 U.S.C. §§ 1915A(a) and 1915(e)(2), Plaintiff's First Amended Complaint is subject to an initial review, or screening, to determine whether it is legally sufficient under the applicable pleading standards prior to service of the First Amended Complaint on Defendant. Accordingly, the Re-designation Order shall be stayed to the extent it directs the Clerk to issue applicable civil case documents and summons, to allow for screening of the First Amended Complaint. The undersigned further finds that the case should be transferred to the Sacramento Division.

Pursuant to Rule 120(f) of the Local Rules of the United States District Court for the Eastern District of California, a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Plaintiff's First Amended Complaint names California Deputy Attorney General William J. Douglas, located in the Sacramento Office of the California Attorney General, and alleges claims for breach of contract and "obstruction of justice" based on a settlement agreement entered into in *Howell v. Andrichak*, Case No. 2:15-cv-00792-WBS-KJN, a case adjudicated in the Sacramento Division. (*See* Doc. 10.) Plaintiff's complaint contains no allegations that mention any incidents occurring in, or any connection whatsoever to, the Fresno Division. Rather, Plaintiff alleges Defendant presented a settlement agreement to him while a prisoner at CSP-Sacramento, which Plaintiff signed, and then failed to comply with the terms of that settlement agreement and defrauded Plaintiff into voluntarily dismissing his lawsuit that was pending in the Sacramento Division.[2] In view of these significant connections to the

---

[2] The undersigned takes judicial notice, *see* Fed. R. Evid. 201(b), that on January 22, 2018, Plaintiff filed a motion in *Howell v. Andrichak* to reinstate his case based on allegations substantially similar as those made in the First Amended Complaint. (*See* Doc. 43.) The assigned magistrate judge in *Howell v. Andrichak* recommended that Plaintiff's motion to reinstate be denied for lack of federal jurisdiction and a failure to demonstrate fraud. (*See* Doc. 47.) On June 5, 2018—after he filed the operative complaint in this case—Plaintiff filed notice in *Howell v. Andrichak* that he would be" pursuing his claims in state court." (*See* Doc. 51.)

2

Sacramento Division and lack of connections to the Fresno Division, this case should be transferred to the Sacramento Division of the Eastern District of California.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1.  The order filed November 13, 2018, re-designating this action (Doc. 11) is STAYED to the extent it directs the Clerk of Court to issue applicable civil case documents and summons, to allow for screening of the First Amended Complaint;

2.  This case is TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:    **March 12, 2019**                          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE